UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SINKLER C. MARTIN, JR.,

      Plaintiff,

v.                                                                                                  Case No. 1:05-cv-451

UNITED STATES GOVERNMENT,                                       Hon. Wendell A. Miles
ST. MARY'S HOSPITAL, AUTOMOBILE CLUB
OF AMERICA, UPTOWN CLEANERS, AMWAY
GRAND HOTEL, MEL TROTTER MISSION,
COMCAST CABLE COMPANY, HERKIMER
HOTEL AND ASSOCIATES, SEARS DEPARTMENT
STORE, PARTY STORE ON DIVISION AVENUE,
61ST DISTRICT COURT, STANDARD FEDERAL
BANK, GRAND RAPIDS POLICE DEPARTMENT,
COTTAGE BAR AND RESTAURANT,
GRAND RAPIDS PRESS, and CITY OF GRAND
RAPIDS,

      Defendants.
_____/

ORDER

      Sinkler C. Martin, Jr., has filed four complaints without benefit of counsel naming each of the defendants above in at least two of the complaints, and alleging the same facts in support of his claims. (Case numbers 1:05-cv-451; 1:04-cv-378; 1:04-cv-504; 1:05-cv-166). Each of the complaints has been dismissed as frivolous and/or for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). Therefore,

      Sinkler C. Martin, Jr., is hereby enjoined from filing any further civil actions in this court without first obtaining leave of court. A "Motion for Leave to File" must be attached to any civil complaint Mr. Martin attempts to file with this court. Mr. Martin must certify that the claim or

claims he wishes to present are new claims never before raised and disposed of by any federal court.  Mr. Martin's failure to comply strictly with the terms of this injunction will be sufficient grounds for denying leave to file.

So ordered this 15th day of July 15, 2005.

                                         /s/ Wendell A. Miles
                                         Wendell A. Miles
                                         Senior U.S. District Judge